UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

                Plaintiff,

     -against-

NATIONAL CINEMEDIA, INC.,
NATIONAL CINEMEDIA, LLC,
SV HOLDCO, LLC and
SCREENVISION, LLC,

                Defendants.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _11/12/2014_

14 Civ. 08732 (AT)

**ORDER**

ANALISA TORRES, District Judge:

      Having reviewed the parties' letters dated November 10, 2014 and November 11, 2014, it is ORDERED that:

1. The initial pre-trial conference scheduled for December 10, 2014 is RESCHEDULED to **November 14, 2014 at 11:00 a.m.**; and
2. The parties shall submit a joint letter and proposed case management plan by **November 13, 2014**.

      SO ORDERED.

Dated: November 12, 2014
      New York, New York

                        _____
                            ANALISA TORRES
                    United States District Judge