November 17, 2014

**VIA ECF AND EMAIL**

The Honorable Analisa Torres
Daniel Patrick Moynihan Courthouse
500 Pearl Street
New York, NY  10007-1312
Torres_nysdchambers@nysd.uscourts.gov

       Re:   *U.S. v. National CineMedia, Inc., et al.*, No. 14-CV-8732 (AT)

Dear Judge Torres:

    The United States and Defendants National CineMedia, Inc, National CineMedia LLC, Screenvision, LLC, and SV Holdco LLC jointly submit the attached Proposed Stipulated Protective Order for your review and signature.

                            Respectfully submitted,

                            /s/
                            William H. Jones II
                            Counsel for Plaintiff United States


                            /s/
                            Paul H. Friedman, Esq.
                            Counsel for Defendants NCM LLC
                            and NCM, Inc.


                            /s/
                            Lawrence E. Buterman, Esq.
                            Counsel for Defendants Screenvision LLC
                            and SV Holdco LLC