November 21, 2014

**VIA ECF AND EMAIL**

The Honorable Analisa Torres
Daniel Patrick Moynihan Courthouse
500 Pearl Street
New York, NY 10007-1312
Torres_nysdchambers@nysd.uscourts.gov

    Re: *U.S. v. National CineMedia, Inc., et al.*, No. 14-CV-8732 (AT)

Dear Judge Torres:

  The United States and Defendants National CineMedia, Inc., National CineMedia LLC, Screenvision, LLC, and SV Holdco LLC jointly submit the attached Proposed Civil Case Management Plan and Scheduling Order for your review and signature.

        Respectfully submitted,

        /s/_____
        William H. Jones, II, Esq.
        Counsel for Plaintiff United States


        /s/_____
        Paul H. Friedman, Esq.
        Counsel for Defendants NCM LLC
        and NCM, Inc.


        /s/_____
        Lawrence E. Buterman, Esq.
        Counsel for Defendants Screenvision LLC
        and SV Holdco LLC