UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/12/14
```

UNITED STATES OF AMERICA,                :

                     Plaintiff,           :       **NOTICE OF CONFERENCE**

     -against-                                  :       14cv8732-AT-FM

NATIONAL CINEMEDIA, et al.,              :

                    Defendants.       :

-----------------------------------------------------------X

Counsel:

       Please be advised that the settlement conference previously scheduled for January 12, 2015, at 10 a.m. has been rescheduled to January 8, 2015, at 10 a.m. The conference shall take place in Courtroom 20A of the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, New York. Counsel are reminded to comply with Judge Maas' individual Settlement Procedures, which are available on his page of the Court's website. Requests for adjournment must be made to the Court, in writing, at least 48 hours prior to the conference.

                                                                 _____
                                                                 Eric H. Rosoff
                                                                 Law Clerk to the Honorable Frank Maas

Dated:       New York, New York
                 December 12, 2014

Copies to all counsel via ECF