UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
───────────────────────────────
UNITED STATES OF AMERICA,

                Plaintiff,

-against-

NATIONAL CINEMEDIA, INC.,
NATIONAL CINEMEDIA, LLC,
SV HOLDCO, LLC and
SCREENVISION, LLC,

                Defendants.
───────────────────────────────

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/12/2015

14 Civ. 08732 (AT)(FM)

**ORDER**

ANALISA TORRES, District Judge:

    In accordance with the Civil Case Management Plan and Scheduling Order dated November 21, 2014, fact discovery shall be completed by February 16, 2015. Having reviewed the parties' letter dated January 7, 2015, it is ORDERED that each party shall be permitted to supplement its preliminary witness list with up to ten witnesses until **January 30, 2015**.

    SO ORDERED.

Dated: January 12, 2015
       New York, New York

                                        ANALISA TORRES
                                      United States District Judge