January 23, 2015

**VIA ECF AND EMAIL**

The Honorable Analisa Torres
Daniel Patrick Moynihan Courthouse
500 Pearl Street
New York, NY  10007-1312
Torres_nysdchambers@nysd.uscourts.gov

      Re:   *U.S. v. National CineMedia, Inc., et al.*, No. 14-CV-8732 (AT)

Dear Judge Torres:

      The United States and Defendants National CineMedia, Inc., National CineMedia LLC, Screenvision, LLC, and SV Holdco LLC jointly submit the attached Proposed Supplemental Civil Case Management Plan and Discovery Protocol for your consideration and signature.

      Respectfully submitted,

/s/
William H. Jones II
Counsel for Plaintiff United States


/s/
Paul H. Friedman, Esq.
Counsel for Defendants NCM LLC
and NCM, Inc.


/s/
Daniel M. Wall, Esq.
Counsel for Defendants Screenvision LLC
and SV Holdco LLC

1