```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/23/15
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------x

UNITED STATES OF AMERICA,          :

                         Plaintiff,          :

      -against-          :

NATIONAL CINEMEDIA, INC., et al.,          :

                     Defendants.          :

------------------------------------------------------x

**ORDER**

14cv8732-AT-FM

**FRANK MAAS,** United States Magistrate Judge.

      I have reviewed counsel's joint confidential letter bearing today's date, based upon which it does not appear that there is a reasonable prospect of settling this case at this time. For that reason, the Clerk of the Court is respectfully requested to close the settlement reference to me.

      If counsel later conclude that further discussions with the Court concerning settlement might be useful, they should feel free to contact my Chambers to arrange a conference.

      SO ORDERED.

Dated:     New York, New York
            January 23, 2015

                                                        FRANK MAAS
                                          United States Magistrate Judge

Copies to All Counsel via ECF