February 9, 2015

**VIA EMAIL AND ECF**

Hon. Analisa Torres
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007-1312

    Re:    <u>United States v. National Cinemedia, Inc., et al., No. 14-cv-8732 (AT)</u>

Dear Judge Torres:

    The parties write jointly to request permission to conduct depositions of four witnesses to be held after the February 16, 2015 deadline for fact discovery in this case. The parties have not previously sought any extensions of the deadlines in the Case Management Order, and this request does not affect any of the other deadlines in that Order.

    First, we seek leave to depose an advertising agency executive who needs to be with his hospitalized wife for a period of time. We are working with his counsel to find a mutually acceptable date, but our current understanding is that this date will not be prior to the February 16 cutoff.

    Second, we seek leave to depose an executive of a party on February 17 because this executive is unavailable to be deposed prior to that date.

    Third, we seek leave to depose the executive of a movie theater company on February 17 due to forecasted inclement weather on the date the deposition had been originally scheduled to occur.

    Finally, we seek leave to depose the executive of an advertising consulting firm on February 19 or 20. Counsel for the executive has informed us that the executive is traveling internationally and will not be available for deposition before February 19.

    The parties respectfully request, for good cause shown, that the Court permit these four depositions to occur after February 16.

Respectfully Submitted,

/s/_____
William H. Jones II
Counsel for the United States

/s/_____
Paul H. Friedman
Counsel for NCM LLC and NCM Inc.

/s/_____
Lawrence E. Buterman
Counsel for Screenvision LLC and
SV Holdco LLC

SO ORDERED:

Dated February __, 2015

_____
HON. ANALISA TORRES
United States District Judge